UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-PS-O

HUBERT CARY, 07A2385,

       Plaintiff,

-v-

SERGEANT ROBERT BEVIER,
C.O. DEREK VOGENAUER,
C.O. ADAM CARTWRIGHT,
C.O. DEREK SLUSSER,
C.O. MICHAEL JENKINS, SERGEANT NETTI,
C.O. G. JOCK, C.O. E. SEYMOUR,
DR. BROWN, and MR. YOUNG,

       Defendants.



DECISION AND ORDER
09-CV-6090P

      Plaintiff Hubert Carey filed the amended complaint in this action on September 25, 2009. On October 23, 2009, the Court directed the Clerk of Court to cause the United States Marshal to serve the summons and amended complaint on the defendants pursuant to the plaintiff's *in forma pauperis* status granted on June 19, 2009. The Clerk of Court mailed the plaintiff U.S. Marshal Process Receipt and Return forms and a notice of plaintiff's obligations under Fed.R.Civ.P. 4(m) on October 29, 2009. On November 20, 2009, the Court received incomplete forms from the plaintiff and again mailed the forms to him for completion. Plaintiff has now failed to return completed U.S. Marshal Process Receipt and Return forms or otherwise effect service.

      Accordingly, pursuant to Fed.R.Civ.P. 4(m) notice is hereby given that unless the plaintiff shows good cause, in writing, **not later than July 30, 2010** for the failure to effect

service of process within the time limits specified by the Federal Rules of Civil Procedure, **this action will be dismissed without prejudice**.

SO ORDERED.

Dated: June 29, 2010
Rochester, New York

_Charles Siragusa_
CHARLES J. SIRAGUSA
United States District Judge